UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

LOUIS ALONZO RAMOS,                    )
                                       )
              Petitioner,              ) Case No. CV 06-2867 AHM (AJW)
                                       )
        v.                             )
                                       ) ORDER ADOPTING REPORT AND
G. HALL, WARDEN,                       ) RECOMMENDATION OF
                                       ) MAGISTRATE JUDGE
              Respondent.              )
_____)

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed.  The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

    DATED:  June 7, 2010

                                       _____
                                       A. Howard Matz
                                       United States District Judge