UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOUIS ALONZO RAMOS, | Case No. CV 06-2867-AHM (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| G. HALL, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: June 7, 2010

_____
A. Howard Matz
United States District Judge

**JS-6**